# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-83-GF-BMM |
| Plaintiff, | |
| vs. | |
| JITTAWEE BEAR CUB, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 14, 2020. (Doc. 27.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 14, 2020. (Doc. 23.) The United States accused Bear Cub of violating his conditions of supervised release 1) by failing to report for substance abuse testing;  2) by failing to report for substance abuse treatment; 3) by failing to report for sex offender treatment; 4) 4) by failing to report to his probation officer as directed; and 5) by failing to inform his probation officer of his current residence.  (Doc. 19.)

At the revocation hearing, Bear Cub admitted to 1) failing to report for substance abuse testing;  2) failing to report for substance abuse treatment; 3) failing to report for sex offender treatment; 4) by failing to report to his probation officer as directed; and 5) by failing to inform his probation officer of his current residence. (Doc. 23.) Judge Johnston found that Bear Cub's violations warrant revocation, and recommended that Bear Cub be incarcerated for 6 months with 25 months of supervised release to follow.  (Doc. 27 at 4.)  Bear Cub waived his right to allocute before the undersigned and the 14 day right to appeal.  (Doc. 23.)

The violations prove serious and warrant revocation of Bear Cub's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 27) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Jittawee Bear Cub be incarcerated for a term of 6 months, with 25 months of supervised release to follow.

DATED this 15th day of January, 2020.

_____
Brian Morris
United States District Court Judge